John Russell WEBSTER, et al., Plaintiffs-Appellees Cross-Appellants,

v.

The CITY OF HOUSTON, Defendant-Appellant Cross-Appellee.

No. 81–2007.

United States Court of Appeals,
Fifth Circuit.

July 12, 1983.

David L. Crawford, Legal Dept., James K. Gardner, Timothy James, Houston, Tex., for defendant-appellant cross-appellee.

Harvill & Hardy, G.P. Hardy, III, Houston, Tex., K. Michael Mayes, Conroe, Tex., for plaintiffs-appellees cross-appellants.

ON PETITION FOR REHEARING AND
SUGGESTION FOR REHEARING
EN BANC

(Opinion October 28, 1982, 5 Cir.,
1982, 689 F.2d 1220)

Before CLARK, Chief Judge, BROWN, GOLDBERG, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, TATE, JOHNSON, WILLIAMS, GARWOOD, JOLLY, and HIGGINBOTHAM, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

Charles JONES, Petitioner-Appellant,

v.

W.J. ESTELLE, Jr., Director, Texas Department of Corrections, Respondent-Appellee.

No. 82–2138.

United States Court of Appeals,
Fifth Circuit.

July 12, 1983.

Charles Jones pro se, Otha T. Carpenter, Houston, Tex. (Court-Appointed), for petitioner-appellant.

Linda Marshall, Asst. Atty. Gen., Houston, Tex., Paula C. Offenhauser, Austin, Tex., for respondent-appellee.

Before CLARK, Chief Judge, BROWN, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, TATE, JOHNSON, WILLIAMS, GARWOOD, JOLLY and HIGGINBOTHAM, Circuit Judges.

BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having determined to have this case, 699 F.2d 793, reheard en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.